**PW Parker | Waichman LLP**
A NATIONAL LAW FIRM

NEW YORK | LONG ISLAND | NEW JERSEY | WASHINGTON, D.C. | FLORIDA

6 Harbor Park Drive
Port Washington, NY 11050-4647
Phone 516.466.6500
Fax 516.466.6665
800.LAW.INFO (529.4636)
www.yourlawyer.com

May 27, 2015

**VIA ECF**

The Honorable Steven I. Locke
United States District Magistrate Judge
Eastern District of New York
100 Federal Plaza
Long Island Courthouse
Central Islip, NY 11722

Re:   Ryan v. County of Nassau, et al.
      Civil Action No. 2:12-cv-05343
      Our File No. 2008148

Honorable Judge Locke:

In compliance with Your Honor's Order of May 15, 2015, all parties are available for a settlement conference any day the week of June 29, 2015 through July 3, 2015. If the Court is not available that week, the parties will confer again and get additional dates to the Court.

Respectfully submitted,

Nicholas E. Warywoda

NEW/lri
cc:   **VIA ECF**
      James R. Scott (jscott@nassaucountyny.gov)
      County Attorney of Nassau County

      John J. Doody (john.doody@lewisbrisbois.com)
      Suzanne Aribakan (aribakan@lbbslaw.com)
      Lewis Brisbois Bisgaard & Smith LLP