UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LILYANN RYAN, as Administrator of the Estate of

BARTHOLOMEW RYAN, deceased and LILLYANN RYAN, individually

                    Plaintiff,

      - against -                                    12-CV-05343
                                                    (JS) (SIL)

COUNTY OF NASSAU, COUNTY OF NASSAU         **NOTICE OF MOTION**

CORRECTIONAL CENTER, NASSAU COUNTY

SHERIFF'S DEPARTMENT, ARMOR

CORRECTIONAL HEALTH SERVICES, INC.

and ARMOR CORRECTIONAL HEALTH

SERVICES OF NEW YORK, INC.,

                    Defendants.
-----------------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the accompanying Declaration of James R. Scott, Esq., dated January 21, 2015, and the exhibits attached thereto, the Memorandum of Law in Support of Defendant's Motion, Defendant Statement of Facts Pursuant to Local Civil Rule 56.1, together with all prior pleadings and proceedings had herein, Defendant County of Nassau, will move this Court before the Honorable Joanna Seybert at the Courthouse located at 100 Federal Plaza, Central Islip, New York for summary judgment in favor of Defendant dismissing the third cause of action in the plaintiff's complaint alleging civil rights violations pursuant to Rule 56 of the Federal Rules of Civil Procedure and applicable Local Rules, on the grounds that there is no genuine issue of material fact and Defendant is entitled to judgment as a matter of law and for an Order of this Court declining to exercise supplemental jurisdiction over the State

Claims remaining in the complaint, together with such other and further relief as may be just, proper and equitable.

Dated: Mineola, New York
August 21, 2015

                                              CARNELL T. FOSKEY
Nassau County Attorney
One West Street
Mineola, New York 11501

By: *James R. Scott*

James R. Scott
Deputy County Attorney
(516) 571-0511
Attorney for Defendant
County of Nassau