UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
LILYANN RYAN, as Administrator of the Estate of
BARTHOLOMEW RYAN, deceased and LILLYANN
RYAN, individually,

                Plaintiff,                    Index No. 12-CV-05343

                                                  (JS) (SIL)

        - against -
COUNTY OF NASSAU, COUNTY OF NASSAU        **COUNTY DEFENDANTS'**
CORRECTIONAL CENTER, NASSAU COUNTY        **DECLARATION IN**
SHERIFF'S DEPARTMENT, ARMOR                         **OF MOTION FOR**
CORRECTIONAL HEALTH SERVICES, INC.              **SUMMARY JUDGMENT**
and ARMOR CORRECTIONAL HEALTH
SERVICES OF NEW YORK, INC.,

                Defendants.
----------------------------------------------------------------x

      JAMES R. SCOTT, an attorney admitted to practice in the United States District Court for the Eastern District of New York, declares, pursuant to 28 USC Section 1746, under penalty of perjury, as follows:

1. The undersigned is employed as a Deputy County Attorney, in the Office of Carnell T. Foskey, Nassau County Attorney, and hereby represents the County of Nassau (hereinafter "County") in the above-captioned action, and as such, is fully familiar with the facts and circumstances set forth herein.

2. This Declaration and attached exhibits are being submitted in support of the Defendant's motion for summary judgment, pursuant to Federal Rules of Civil Procedure 56.

3. Attached hereto as **Exhibit "A"** is a copy of Plaintiff's Summons and Complaint.

4. Attached hereto as **Exhibit "B"** is a copy of the Plaintiff's Amended Complaint.

1

5. Attached hereto as **Exhibit "C"** is a copy of the County's Answer to the Amended Complaint.

6. Attached hereto as **Exhibit "D"** is a copy of Armor's Answer to the Amended Complaint.

7. Attached hereto as **Exhibit "E"** is a copy of the transcript of the 50-H Hearing of the Plaintiff Lilyann Ryan taken onAugust16, 2012.

8. Attached hereto as **Exhibit "F"** is a copy of the transcript of the deposition of the Plaintiff Lilyann Ryan taken on April 14, 2014.

9. Attached hereto as **Exhibit "G"** is a copy of the transcript of the deposition of retired Nassau County employee and former Correction Officer Michael Archer taken on May 19, 2014.

10. Attached hereto as **Exhibit "H"** is a copy of the transcript of the deposition of Amor employee Tanya Tinglin taken August 8, 2014.

11. Attached hereto as **Exhibit "I"** is a copy of the transcript of Amor employee Dr. Vincent Manetti taken on May 22, 2014.

12. Attached hereto as **Exhibit "J"** is a copy of the transcript of the deposition of County employee Correction Officer Thomas Kileen taken May 19, 2014.

13. Attached hereto as **Exhibit "K"** is a copy of the transcript of the deposition of County employee Correction Officer Stephen Brown taken on August 15, 2014.

14. Attached hereto as **Exhibit "L"** is a copy of the transcript of the deposition of County employee Correction Officer Patrick Graba taken June 4, 2014.

15. Attached hereto as **Exhibit "M"** is a copy of the transcript of the deposition of County employee Correction Officer Robert Vogt taken on June 4, 2014.

16. Attached hereto as **"Exhibit N"** is a blank copy of the Correctional Center Suicide Prevention Screening Guidelines.

17. Attached hereto as **"Exhibit O"** is the Inmate History Form.

18. Attached hereto as **"Exhibit P"** is the Correctional Center Standard Operating Policy for Intimate Admission Process.

19. Attached hereto as **"Exhibit Q"** is the Suicide Prevention and Crisis intervention in County Jails and Police Lockup Basic Program Trainer's Manuel.

20. Attached hereto as **"Exhibit R"** are the Armor Medical records marked at the deposition of Amor employee Tanya Tinglin.

21. Attached hereto as **"Exhibit S"** are the Amor Medical records marked at the deposition of Amor employee Dr. Vincent Manetti.

22. Attached hereto as **"Exhibit T"** is a photograph of the jail cells on B 2 A tier at the Nassau County Correctional Center.

23. Attached hereto as **"Exhibit U"** is a photograph of jail cells on B 2 A tier at the Nassau County Correctional Center.

24. Attached hereto as **"Exhibit V"** is a photograph of the cell 2 on B 2 A tier at the Nassau County Correctional Center.

25. Attached hereto as **"Exhibit W"** is the punch log for key station punches for B 2 A tier at the Nassau County Correctional Center.

26. Attached hereto as **"Exhibit X"** is the Correctional Center Patrol log book for A and B blocks.

27. Attached hereto as **"Exhibit Y"** is the Correctional Center Patrol log book for the lobby area of the tier.

28. Attached hereto as "**Exhibit Z**" is the Correctional Center Patrol log book for A block.

29. Attached hereto as "**Exhibit AA**" is the Post Order for B Building 2ND Floor.

30. Attached hereto as "**Exhibit BB**" is the transcript of the deposition of Amor employee Natalie McPherson taken on August 8, 2014.

Dated: Mineola, New York
January 21, 2015

CARNELL T. FOSKEY
Nassau County Attorney
Attorney for
County Defendants

By: *James R. Scott*

James R. Scott
Deputy County Attorney
(516) 571-0511
Attorney for Defendant
County of Nassau