UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LILYANN RYAN, as Administrator of the
Estate of BARTHOLOMEW RYAN, deceased,
and LILYANN RYAN, individually,

                                       Plaintiff,

-against-

COUNTY OF NASSAU, COUNTY OF NASSAU
CORRECTIONAL CENTER, NASSAU COUNTY
SHERIFF'S DEPARTMENT, ARMOR CORRECTIONAL
HEALTH SERVICES, INC., and ARMOR
CORRECTIONAL HEALTH SERVICES OF NEW
YORK, INC.,
                                        Defendants.
-----------------------------------------------------------------X

**12-CV-5343 (JS)(SIL)**

**DECLARATION OF**
<u>**JOHN J. DOODY**</u>

       John J. Doody, an attorney duly admitted to practice law in the courts of this State and this Federal District, being duly sworn, deposes and states:

       1. I am a partner with the firm of Lewis Brisbois Bisgaard & Smith LLP, attorneys for defendants Armor Correctional Health Services Inc. and Armor Correctional Health Services of New York, Inc. (hereinafter the "Armor Defendants"). This affirmation is based on my personal knowledge and a review of documents pertaining to this matter. Accordingly, I am fully familiar with the facts set forth below.

       2. I submit this Declaration in Support of the Armor Defendants' Motion for Summary Judgment dismissing all claims against them pursuant to Rule 56 of the Federal Rules of Civil Procedure and for such other and further relief as this Court deems just and proper.

       3. Armor is a private company that provides medical services for inmates at the Nassau County Correctional Center pursuant to a contract with the Nassau County Sheriff's Department

since June 2011 pursuant to a written contract with the Nassau County Sheriff's Department, as approved by the Nassau County Legislature. .

3. Annexed hereto as Exhibits are documents and transcripts of deposition testimony taken in this action and relied upon and cited in the Armor Defendants' Statement of Undisputed Facts Pursuant to Local Civil Rule 56.1 dated January 8, 2015 (annexed hereto as **Exhibit "P"**) and further cited, and relied upon in the annexed Memorandum of Law. These documents which show the adequate, prompt and reasonable medical treatment the Armor Defendants rendered plaintiff-decedent upon his admission to NCCC and are as follows:

1. Annexed hereto as **Exhibit "A"** is a copy of Plaintiff's Complaint dated October 17, 2012.

2. Annexed hereto as **Exhibit "B"** is a copy of Plaintiff's Amended Complaint dated November 14, 2012.

3. Collectively annexed hereto as **Exhibit "C"** are copies of the Answers of Armor Defendants dated December 26, 2012 and a copy of Nassau County's Answer to the Amended Complaint dated December 21, 2012.

4. Collectively annexed hereto as **Exhibit "D"** is a copy of the Deposition Transcript of Lilyann Ryan taken on April 14, 2014 and transcript of the 50-H Hearing of the Plaintiff Lilyann ryan taken on August 16, 2012

5. Annexed hereto as **Exhibit "E"** is a copy of the Deposition Transcript of Thomas Ryan.

6. Annexed hereto as **Exhibit "F"** is a copy of the Deposition Transcript of Correction Officer Michael Archer.

7. Annexed hereto as **Exhibit "G"** is a copy of the Suicide Prevention Screening Form dated February 23, 2012.

8. Annexed hereto as **Exhibit "H"** is a copy of the Deposition Transcript of RN Tanya Tinglin.

9. Annexed hereto as **Exhibit "I"** is a copy of the Health Assessment Form dated February 23, 2012.

10. Annexed hereto as **Exhibit "J"** is a copy of the Deposition Transcript of Dr. Vincent Manetti.

11. Annexed hereto as **Exhibit "K"** is a copy of the Initial Mental Health Assessment Form dated February 24, 2012.

12. Annexed hereto as **Exhibit "L"** is a copy of the Deposition Transcript of Correction Officer Thomas Killeen.

13. Annexed hereto as **Exhibit "M"** is a copy of the Deposition Transcript of Correction Officer Steven Brown.

14. Annexed hereto as **Exhibit "N"** is a copy of the Deposition Transcript of Nurse Natalie McPherson.

15. Annexed hereto as **Exhibit "O"** is a copy of the Armor Mental Health Screening Form dated February 23, 2012.

16. Annexed hereto as **Exhibit "P"** is a copy of the Armor defendants' Statement of Undisputed Facts.

17. It is respectfully submitted that based on the foregoing documents and for reasons more fully explained in the accompanying memorandum of law, plaintiff is not entitled to the relief requested in the Complaint and Armor defendants are entitled to summary judgment.

Dated: New York, New York
September 1, 2015

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: _____/s/_____
John J. Doody (JD-0552)
*Attorneys for Defendants*
*Armor Correctional Health Services of New York, Inc. and Armor Correctional Health Services of New York, Inc.*
77 Water Street, Suite 2100
New York, New York 10005
(212) 232-1300
john.doody@lewisbrisbois.com